UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL L. GARCIA by and through his guardian ad litem ANGEL CHAPARRO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant | Case No.:  09-at-488 GSA<br><br>ORDER GRANTING PETITION FOR GUARDIAN AD LITEM<br><br>(DOC. 4) |

　　　The court having considered the petition of MICHAEL L. GARCIA for the appointment of ANGEL CHAPARRO as guardian ad litem for MICHAEL L. GARCIA, who is a minor and good cause appearing therefore.

　　　**IT IS HEREBY ORDERED** that ANGEL CHAPARRO be, and she is, hereby appointed as guardian ad litem for MICHAEL L. GARCIA, a plaintiff in the above-entitled action, and she is authorized to institute and prosecute the action mentioned in the petition.

DATE:   June 22, 2009

　　　　　　　　　　　　　　　　　　/s/ Gary S. Austin
　　　　　　　　　　　　　　　　　　The Honorable Gary S. Austin
　　　　　　　　　　　　　　　　　　United States Magistrate Court Judge

-1-